UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILTON RODRIGUEZ-DOBLADO,<br><br>Defendant. | ) | CASE NO. MJ25-457<br><br>DETENTION ORDER |

Offense charged: Reentry of Removed Alien

Date of Detention Hearing: September 9, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged with one count of Reentry of Removed Alien. He is a

native and citizen of Honduras. Information was not presented establishing his legal status. Defendant has strong ties to Honduras, where he owns property and most of his family resides. He does not have strong ties to this District. Defendant has worked in this country in various cities as a roofer and landscaper. His criminal history includes several hit and run and negligent driving charges, as well as driving under the influence. Defendant was most recently arrested by local authorities for Negligent Driving First Degree. Defendant does not oppose entry of an Order of Detention.

2. Defendant poses a risk of nonappearance based on the nature of the charges, lack of strong ties to this District, and a history of alcohol-related driving offenses. Defendant poses a risk of danger based on criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 9th day of September, 2025.

Mary Alice Theiler
United States Magistrate Judge